

JJI/CJR: USAO#2019R00204

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. GLR-19-0312 |
| v. | (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Distribution of and Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841; Possession with Intent to Distribute Controlled Substances Near School, 21 U.S.C. § 860; Maintaining Drug-Involved Premises, 21 U.S.C. § 856; Possession of Firearms and Ammunition by Prohibited Person, 18 U.S.C. § 922(g); Possession of Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| DEANDRE LAQUAN JONES, a/k/a "Cuz," TYRELL DARONTE CURRY, a/k/a "Mike," | |
| Defendants. | |

## INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

1.      From in or about December 2018 to in or about February 2019, in the District of Maryland and elsewhere, the Defendants,

**DEANDRE LAQUAN JONES,
a/k/a "Cuz," and
TYRELL DARONTE CURRY,
a/k/a "Mike,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled

1

substance; a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2.      As to **DEANDRE LAQUAN JONES**, the amounts involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, were: at least 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of 21 U.S.C. § 841(b)(1)(A)(vi); at least 100 grams or more of a mixture and substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(B)(i); and at least 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(B)(ii)(II).

3.      As to **TYRELL DARONTE CURRY**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was at least 100 grams or more of a mixture and substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(B)(i).

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A), (b)(1)(B), (b)(1)(C)

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about February 22, 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

did knowingly and intentionally possess with intent to distribute at least 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; at least 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and at least 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A), (b)(1)(B)

## COUNT THREE
**(Possession with Intent to Distribute Controlled Substances Near School)**

The Grand Jury for the District of Maryland further charges that:

On or about February 22, 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

did, within one thousand feet of the real property comprising Pine Grove Elementary School, a public elementary school, knowingly and intentionally possess with intent to distribute at least 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; at least 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; at least 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 860(a)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 2

## COUNT FOUR
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about February 22, 2019, in the District of Maryland, the Defendant,

### TYRELL DARONTE CURRY,
### a/k/a "Mike,"

did knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance.


21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT FIVE
**(Distribution of Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about January 3, 2019, in the District of Maryland, the Defendant,

**TYRELL DARONTE CURRY,**
**a/k/a "Mike,"**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

substance; a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance; and a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT SIX
### (Distribution of Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about January 31, 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

did knowingly and intentionally distribute a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

substance; and a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance.


21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT SEVEN
### (Distribution of Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about February 6, 2019, in the District of Maryland, the Defendant,

### TYRELL DARONTE CURRY,
### a/k/a "Mike,"

did knowingly and intentionally distribute a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

substance; a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance; and a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance.


21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT EIGHT
### (Distribution of Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about February 11, 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT NINE
### (Maintaining Drug-Involved Premises)

The Grand Jury for the District of Maryland further charges that:

Between at least in or about December 2018 and in or about February 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

did knowingly use and maintain a place located at 5 Dalmeny Court, Apartment 301, Parkville, Maryland 21234, for the purpose of unlawfully manufacturing, distributing, and using a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT TEN
### (Possession of Firearms and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about February 22, 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year,

possessed a firearm and ammunition in and affecting interstate commerce, and did so knowingly;

to wit: **JONES** possessed the firearms and ammunition identified below:

| Firearm | Ammunition |
|---|---|
| AK-47 PAP M92 PV pistol, SN: M92PV071743 | Thirty 7.62x39mm cartridges |
| Glock 19 Gen4, 9mm Luger pistol, SN: BBEH233 | Eleven 9mm Luger cartridges |
| Glock 17, 9mm Luger pistol, SN: RVA902 | Fifteen 9mm Luger cartridges |
| Glock 23, .40 caliber pistol, SN: CFG199 | Thirteen .40 caliber cartridges |

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## COUNT ELEVEN
### (Possession of Firearm in Furtherance of Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about February 22, 2019, in the District of Maryland, the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States; to wit, in furtherance of the drug trafficking crimes alleged in Count One (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846) and Count Two (Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1)) of this Indictment, **JONES** possessed the following firearms: (1) an AK-47 PAP M92 PV pistol, SN: M92PV071743; (2) a Glock 19 Gen4, 9mm Luger pistol, SN: BBEH233; and (3) a Glock 17, 9mm Luger pistol, SN: RVA902.

18 U.S.C. § 924(c)(1)(A)(i)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.       Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States of America will seek forfeiture as a part of any sentence: (a) as a result of a conviction of an offense in violation of 21 U.S.C. §§ 841, 846, 856, or 860 in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c); and (b) as a result of a conviction of an offense in violation of 18 U.S.C. §§ 922 and 924, in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

### Narcotics Forfeiture

2.       Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, 846, or 856, the Defendants,

**DEANDRE LAQUAN JONES,**
a/k/a "Cuz," and
**TYRELL DARONTE CURRY,**
a/k/a "Mike,"

shall forfeit to the United States of America:

a.       any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

b.       any property, real or personal, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.       The property to be forfeited includes, but is not limited to, the following:

a.       2013 Lexus GS 350, VIN: JTHCE1BL8D5006762;

c.       Taurus Judge, double-action revolver, SN: J2148125, and nineteen .410 caliber cartridges; and

d.       At least $31,528.00 in United States currency, in that such sum in aggregate was furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges, and was

used or intended to be used to facilitate a violation of the Controlled Substances Act.

### Firearms Forfeiture

4.      Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g) or 924(c), the Defendant,

### DEANDRE LAQUAN JONES,
### a/k/a "Cuz,"

shall forfeit to the United States of America the firearm(s) and ammunition identified as being involved in the offenses; to wit, the following firearms and ammunition:

      a.      AK-47 PAP M92 PV pistol, SN: M92PV071743, and thirty 7.62x39mm cartridges;

      b.      Glock 19 Gen4, 9mm Luger pistol, SN: BBEH233, and eleven 9mm Luger cartridges;

      c.      Glock 17, 9mm Luger pistol, SN: RVA902, and fifteen 9mm Luger cartridges; and

      d.      Glock 23, .40 caliber pistol, SN: CFG199, and thirteen .40 caliber cartridges.

5.      If, as a result of any act or omission of the Defendants, any of the property described above: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be

divided without difficulty, the United States of America shall be entitled to forfeiture of substitute

property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).


18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461


_Robt K. Hur/JJI_

ROBERT K. HUR
United States Attorney


A TRUE BILL:

**SIGNATURE REDACTED**

_6·25·19_

Date                                 Foreperson

15